IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL CHAIREZ, IV,

        Plaintiff,                      No. CIV S-09-0786 GGH P

       vs.

D. DEXTER, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On June 16, 2009, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant J. Dix was returned unserved because "not at facility pursuant to litigation coordinator letter or in CDC locator database" Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with an instruction sheet and a copy of the amended complaint filed April 30, 2009;

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed amended complaint filed on April 30, 2009; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: October 6, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
chai0786.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL CHAIREZ, IV,

    Plaintiff,                                                      No. CIV S-09-0786 GGH P

    vs.

D. DEXTER, et al.,                                                      NOTICE OF SUBMISSION

    Defendants.                                                      OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the  4/30/2009
                              Amended Complaint

DATED:

                                                                  Plaintiff