IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL CHAIREZ, IV,

      Plaintiff,                             No. CIV S-09-0786 GEB GGH P

   vs.

D. DEXTER, et al.,

      Defendants.                <u>ORDER</u>

_____/

        Plaintiff has filed a document entitled "motion for discovery." Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.[1]

        Accordingly, IT IS HEREBY ORDERED that plaintiff's October 20, 2009 motion for discovery (no. 20) will be placed in the court file and disregarded. Plaintiff is cautioned that

---

[1] In his motion, plaintiff requests that defendants provide him with the business and or home address of defendant Dix. Service as to defendant Dix was returned unserved because he is "not at facility pursuant to litigation coordinator or in CDC locator database." Plaintiff may seek this information from defendants in a proper discovery request.

1

1  further filing of discovery requests or responses, except as required by rule of court, may result in
2  an order of sanctions, including, but not limited to, a recommendation that this action be
3  dismissed.
4  DATED: October 30, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:md
chai0786.411