IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL CHAIREZ,

        Plaintiff,           No. CIV S-09-0786 GEB GGH P

   vs.

D. DEXTER, et al.,

        Defendant.        <u>ORDER</u>

_____/

       On November 30, 2009, the U.S. Marshal filed a request for the reimbursement of the fees associated with personal service of defendant Kissel.

       Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, defendant Kissel shall respond to the November 30, 2009, request for reimbursement by the U.S. Marshal.

DATED: January 7, 2010

                                                     /s/ Gregory G. Hollows

                                             UNITED STATES MAGISTRATE JUDGE

cha786.fb

1