IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL CHAIREZ,

    Plaintiff,                      No. CIV S-09-0786 GGH P

  vs.

D. DEXTER, et al.,

    Defendants.                <u>ORDER</u>

_____/

        On November 30, 2009, the U.S. Marshal filed a request for reimbursement of fees associated with personal service of defendant Kissel. On February 10, 2010, defendants filed a response to this request. For the following reasons, defendants are not required to reimburse the U.S. Marshal for the fees associated with personal service of defendant Kissel.

        On June 16, 2009, the court directed the U.S. Marshal to serve the complaint on defendants, including defendant Kissel. The USM 285 form completed by plaintiff stated that defendant Kissel was to be served at OCS Rancho Cordova, 2880 Sunrise Blvd., Suite 130, Rancho Cordova, CA, 95742. On November 30, 2009, the U.S. Marshal filed the USM 285 form indicating that defendant Kissel had been personally served. According to this form, the U.S. Marshal mailed the form on June 25, 2009, but received no response. On November 19, 2009, defendant was personally served at a cost of $73.59.

1       In their February 10, 2010, response, defendants state that neither defendant Kissel nor E.W. Fisher, the litigation coordinator for OSC, received a copy of the complaint and summons before it was personally served on defendant Kissel in November 2009.  Attached to defendants' response are declarations by defendant Kissel and E.W. Fisher to that effect.

       Because defendant claims that he did not receive the complaint and summons when it was mailed to him by the U.S. Marshal, the court cannot order him to pay the costs of personal service.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Defendant Kissel is not required to pay the costs of personal service;

       2. The Clerk of the Court shall serve a copy of this order on Valerie Duran, U.S. Marshals Service.

DATED: March 18, 2010

                                        /s/ Gregory G. Hollows
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

ch786.ord

2