IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL CHAIREZ,

    Plaintiff,                         No. CIV S-09-0786 GEB GGH P

    vs.

D. DEXTER, et al.,

    Defendants.                  FINDINGS & RECOMMENDATIONS

_____/

        By an order filed January 20, 2010, this court ordered plaintiff to obtain additional information for service of defendant Dix, within thirty days. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

        IT IS HEREBY RECOMMENDED that defendant Dix be dismissed from this action without prejudice. See Fed. R. Civ. P. 41(b).

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

/////

1 | time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

2 | (9th Cir. 1991).

3 | DATED:   April 2, 2010

5 | /s/ Gregory G. Hollows

6 | UNITED STATES MAGISTRATE JUDGE

7 | GGH:035
chai0786.dix