IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANUEL CHAIREZ,**<br><br>Plaintiff,<br><br>v.<br><br>**D. DEXTER, et al.,**<br><br>Defendants. | Case No. 2:09-cv-00786-GEB-GGH<br><br>ORDER |

On April 22, 2010, Defendants filed a motion to modify the scheduling order for the filing of Defendants' dispositive motions. For good cause shown, the Court grants Defendants' motion and extends the deadline for filing dispositive motions to Friday, May 14, 2010.

No further extensions.

Dated: April 27, 2010              /s/ Gregory G. Hollows
                                                   _____
                                                   U.S. MAGISTRATE JUDGE

Chai0786.eot2